# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PATRICIA J. MURPHY AND PATRICIA J. MURPHY AS ADMINISTRATOR FOR THE ESTATE OF EDWARD TURNER, DECEASED, | : | No. 33 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE INTERNATIONAL DRUIDIC SOCIETY, JUDY ELLEN TAYLOR, STEVEN TURNER, ALLEN TURNER, RUSSELL TURNER, JAMIE TAYLOR AND MARLOW TAYLOR, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of May, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.